```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J03-0010--CV (JWS)
              "DAN FOLEY V U.S. DEPT OF INTERIOR"

     Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/24/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   28 USC 1331
           Origin: (1) Original Proceeding
           Demand: 50
       Filing fee: Paid $150.00 on 06/24/03 receipt # 10096676
         Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    FOLEY, DAN | Bruce B. Weyhrauch<br>114 S. Franklin, Suite 200<br>Juneau, AK 99801<br>907-463-5566<br>FAX 907-463-5858 |
| DEF 1.1    U.S. DEPT OF INTERIOR, NATIONAL PARK SERVICE | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE J03-0010--CV (JWS)
                       "DAN FOLEY V U.S. DEPT OF INTERIOR"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/24/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   28 USC 1331
           Origin: (1) Original Proceeding
           Demand: 50
       Filing fee: Paid $150.00 on 06/24/03 receipt # 10096676
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1   06/24/03   Complaint filed; Summons issued.

    1 -  2   06/24/03   PLF 1 Jury Demand.

    2 -  1   07/15/03   PLF 1 Return of Service Executed by mail 7/1/03 on AG Ashcroft, 6/27/03
                        on Anchorage USAtty.

    3 -  1   08/25/03   DEF 1 Unopposed motion to extend time until 9/25/03 to answer the
                        complaint.

 NOTE -  1   08/26/03   Issued: Summons for Regional Director, Natl Park Svc

    4 -  1   08/26/03   JWS Order granting unoppo mot to extend time until 9/25/03 to ans the
                        cmplt (3-1). cc: cnsl

    5 -  1   09/08/03   PLF 1 Return of Service Executed on National Park Svc on 9/2/03.

    6 -  1   09/25/03   DEF 1 Answer to Complaint.

    7 -  1   09/26/03   HRH Notice and Order for S&P conf between parties; rpt re: conf due w/i
                        28 days. cc: cnsl

    8 -  1   10/14/03   Certified cy JWS Minute Order consolidating case w/J03-0009 CV (JWS);
                        all future filings are to be J03-0009 CV (JWS). cc: cnsl
```