# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

DANIEL H. WESCOTT, JR. and
DAN FOLEY,

      Plaintiffs,

                          Case Number 1:03-cv-00009-JWS

v.

NATIONAL PARK SERVICE,
DEPT. OF INTERIOR,

      Defendant.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Defendant Daniel H. Wescott, Jr. take nothing and the claim of Dan Foley is remanded to the National Park Service for further consideration consistent with the order at Docket 54.

APPROVED:

**REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

March 9, 2006

Date: March    , 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

_____
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}